IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN SCOTT HAYES, JEFFERY TODD HAYES and RONALD MARK HAYES, Co-Administrators of the Estate of the Late SANDRA KAY CHILDERS HAYES, and the Estate of SANDRA KAY CHILDERS HAYES,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE BENEFITS a/k/a AMERICAN HERITAGE LIFE INSURANCE COMPANY, and THE ALLSTATE CORPORATION d/b/a ALLSTATE INSURANCE COMPANY,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § | Civil Action No. 5:14-CV-00404-BO |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant American Heritage Life Insurance Company is a wholly-owned subsidiary of Defendant The Allstate Corporation, which is publicly traded.

**Defendants' Corporate Disclosure Statement**

Case 5:14-cv-00404-BO   Document 4   Filed 07/17/14   Page 1 of 3

**Dated: July 17, 2014**          **Respectfully submitted,**

> **/s/ Mark A. Michael**
> **OF COUNSEL**
> **HEDRICK GARDNER KINCHELOE & GAROFALO, LLP**
> **6000 Fairview Rd., Suite 1000**
> **Charlotte, North Carolina 28210**
> **Telephone: (704) 366-1101**
> **Facsimile: (704) 366-6181**
> **NC State Bar No. 6762**
> **Mark.michael@bellsouth.net**
>
> **Andrew G. Jubinsky (*pro hac vice* to be filed)**
> **Texas Bar No. 11043000**
> **andy.jubinsky@figdav.com**
> **Ryan K. McComber (*pro hac vice* to be filed)**
> **Texas Bar No. 24041428**
> **ryan.mccomber@figdav.com**
> **FIGARI & DAVENPORT, L.L.P.**
> **901 Main Street**
> **Suite 3400**
> **Dallas, Texas 75202**
> **Telephone: (214) 939-2000**
> **Facsimile: (214) 939-2090**
>
> **ATTORNEYS FOR DEFENDANTS**

**Defendants' Corporate Disclosure Statement**

Case 5:14-cv-00404-BO   Document 4   Filed 07/17/14   Page 2 of 3

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on July 17, 2014.

**Via CMRRR:**
Christopher N. Heiskell
chris@brentadams.com
Brent Adams & Associates
P.O. Box 1389
Dunn, North Carolina 28335
Facsimile (910) 892-0652

                                        **/s/ Mark A. Michael**
                                        6000 Fairview Rd., Suite 1000
                                        Charlotte, North Carolina 28210