IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:14-CV-00404-BO

| | |
|---|---|
| BRIAN SCOTT HAYES, JEFFERY TODD HAYES AND RONALD MARK HAYES, CO-ADMINISTRATORS OF THE ESTATE OF THE LATE SANDRA KAY CHILDERS HAYES, AND THE ESTATE OF SANDRA KAY CHILDERS HAYES,<br><br>                                    **Plaintiffs,**<br><br>v.<br><br>ALLSTATE BENEFITS A/K/A AMERICAN HERITAGE LIFE INSURANCE COMPANY AND THE ALLSTATE CORPORATION D/B/A ALLSTATE INSURANCE COMPANY,<br><br>                                    **Defendants.** | <br><br><br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

The undersigned counsel, MARK A. MICHAEL, Of Counsel for the law firm of Hedrick Gardner Kincheloe & Garofalo, LLP, hereby provides notice to the Court, all parties and counsel that he will appear as counsel in this action on behalf of Defendants Allstate Benefits a/k/a American Heritage Life Insurance Company and The Allstate Corporation d/b/a Allstate Insurance Company. As such, all pleadings, notices, calendars, and other documents should be directed to the attention of the undersigned.

This the 17TH day of JULY, 2014.

> /s/MARK A. MICHAEL
> NC State Bar No. 6762
> Of Counsel
> Hedrick Gardner Kincheloe & Garofalo, LLP
> 6000 Fairview Road, Suite 1000
> Charlotte, NC  28210
> Phone:  (704) 366-1101
> Fax:  (704) 366-6181
> mark.michael@bellsouth.net
> Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system. A true and correct copy of the foregoing document has been served on the parties listed below:

Via CMRRR:
Christopher N. Heiskell
chris@brentadams.com
Brent Adama & Associates
PO Box 1389
Dunn, NC  28335
(910) 892-0652 Fax

/s/MARK A. MICHAEL
NC State Bar No. 6762
Of Counsel
**Hedrick Gardner Kincheloe & Garofalo, LLP**
6000 Fairview Road, Suite 1000
Charlotte, NC  28210
Phone:  (704) 366-1101
Fax:  (704) 366-6181
mark.michael@bellsouth.net
**Counsel for Defendants**