IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRIAN SCOTT HAYES, JEFFERY TODD HAYES and RONALD MARK HAYES, Co-Administrators of the Estate of the Late SANDRA KAY CHILDERS HAYES, and the Estate of SANDRA KAY CHILDERS HAYES,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE BENEFITS a/k/a AMERICAN HERITAGE LIFE INSURANCE COMPANY, and THE ALLSTATE CORPORATION d/b/a ALLSTATE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 5:14-cv-00404-BO |

## AGREED ORDER OF REMAND

The Court, having considered the Agreed Motion to Remand and that Plaintiffs have judicially admitted and stipulated that all recoverable damages in this action, plus all recoverable costs and attorney's fees, shall in no event exceed $74,000.00, the Court hereby remands this case to the General Court of Justice, Superior Court Division, of Johnston County, North Carolina. It is therefore

ORDERED that the above-referenced action is remanded to the General Court of Justice, Superior Court Division, of Johnston County, North Carolina. It is further

ORDERED that costs and attorneys' fees are taxed against the party incurring them.

AGREED ORDER OF REMAND                                                                                                    PAGE 1

Case 5:14-cv-00404-BO   Document 18   Filed 09/11/14   Page 1 of 3

SO ORDERED.

SIGNED this _10_ day of _September_, 2014.

_Terrence W. Boyle_
UNITED STATES DISTRICT JUDGE

**AGREED:**


By: /s/ Christopher N. Heiskell
    Christopher N. Heiskell
    NC State Bar No. 19985
    chris@brentadams.com

BRENT ADAMS & ASSOCIATES
P.O. Box 1389
Dunn, NC 28335
Telephone: (910) 892-8177
Facsimile: (910) 892-0652

ATTORNEYS FOR PLAINTIFFS

By: /s/ Ryan K. McComber
    Andrew G. Jubinsky (admitted *pro hac vice*)
    Texas Bar No. 11043000
    andy.jubinsky@figdav.com
    Ryan K. McComber (admitted *pro hac vice*)
    Texas Bar No. 24041428
    ryan.mccomber@figdav.com

**Figari & Davenport, L.L.P.**
901 Main Street
Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

Mark A. Michael
NC State Bar No. 6762
mark.michael@bellsouth.net
**Hedrick Gardner Kincheloe & Garofalo, LLP**
6000 Fairview Rd., Suite 1000
Charlotte, North Carolina 28210
Telephone: (704) 366-1101
Facsimile: (704) 366-6181

ATTORNEY FOR DEFENDANTS